# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:17-CR-00254-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) **ORDER** |
| GARY OGDEN JOHNSON, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Defendant's Motions for Compassionate Release. See Doc. Nos. 37, 39. Having reviewed these motions, the Court finds that a response from the Government is needed to fully consider their merits. Therefore, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motions for Compassionate Release within **seven days** of the entry of this Order.

Signed: July 2, 2020

Max O. Cogburn Jr.
United States District Judge