UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CR-00254-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) **ORDER** |
| GARY OGDEN JOHNSON, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Defendant's Motions for Compassionate Release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A). See Doc. Nos. 37, 39. Citing "the risk of COVID-19 at the Residential Reentry Center where he is serving the last part of [his] sentence," Defendant asks the Court order compassionate release, so he can serve "the remainder of his sentence under the restrictions of home confinement where it is safe." Doc. No. 37 at 1–2, see id. at 14–17. Defendant filed his first motion on June 12, 2020. On July 6, 2020, the Bureau of Prisons released Defendant to home confinement. Doc. No. 43 at 1. Still, without explanation, Defendant continues to press his compassionate release motion in this Court. See id. at 1 n.1.

Defendant's has received exactly what he asked from the Government. Defendant no longer suffers an increased risk of contracting COVID-19 as he is not housed at a Residential Reentry Center. And Defendant has been placed in home confinement for the remainder of his sentence. Therefore, Defendant's compassionate release motion shall be denied as moot.

# ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Motions for Compassionate Release, Doc. Nos. 37, 39, are **DENIED AS MOOT**.

Signed: July 22, 2020

Max O. Cogburn Jr
United States District Judge